UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DIANA ROLLINS

        Plaintiff(s),

v.

NICOLAS ARROYO, et al.

        Defendant(s).

CASE NO. 15-CV-06049-SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✔ Private ADR *(please identify process and provider)*  Private Mediation
Provider: Steve Serratore, Esq.

The parties agree to hold the ADR session by:
    ✔ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 5/4/2016                                    /s/ Sebastian L. Miller
                                               Attorney for Plaintiff

Dated: 5/4/2016                                    /s/ Courney Hasselberg
                                               Attorney for Defendant

**ATTORNEY ATTESTATION**

  I, Sebastian Miller, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 4, 2016           SEBASTIAN MILLER LAW, P.C.

                    */s/ Sebastian L. Miller*
                    Sebastian L. Miller
                    Attorneys for Plaintiff
                    DIANA ROLLINS

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- ✓ 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: 5/5/16

_Saundra B Armstrong_
UNITED STATES DISTRICT JUDGE